IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**PARENTGIVING LLC,**<br><br>　　　　　　　　　　**Defendant.** | Civil Case Number:  1:21-cv-01176-KPF |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 17, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-01176-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 18th day of August 2021.**

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE